# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  ALEXANDER QUALLS | ) | Case No. 17 B 34493 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge:   CAROL A DOYLE |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

ALEXANDER QUALLS  
8331 S KING DR #1E  
CHICAGO, IL 60619

THE SEMRAD LAW FIRM LLC  
via Clerk's ECF noticing procedures

Please take notice that on September 07, 2021 at 9:15 am., I will appear before the Honorable Judge CAROL A DOYLE or any judge sitting in the judge's place and present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

- **To appear by video**, use this link: https://www.zoomgov.com.  Then enter the meeting ID and password.
- **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
- **Meeting ID and password**. The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on August 04, 2021.

/s/ M.O. Marshall  
M.O. Marshall, Trustee

Chapter 13 Trustee  
55 East Monroe, Suite 3850  
Chicago, IL 60603  
(312) 294-5900

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  ALEXANDER QUALLS ) Case No. 17 B 34493
)
) Chapter 13
Debtor(s) )
) Judge:   CAROL A DOYLE

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes M.O. Marshall, Trustee and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On November 17, 2017 the debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on January 16, 2018 for a term of 60 months with payments of $200.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 45 | $6,250.00 | $5,650.00 | $600.00 |

A summary of the 3 most recent receipt items is set forth below:

Report Date: 08/04/2021
Due Each Month: $200.00
Next Payment Due: 08/17/2021

| Receipt Date | Ref Number | Amount |
|---|---|---|
| 04/09/2021 | 7588352000 | $200.00 |
| 05/13/2021 | 7668852000 | $200.00 |
| 06/30/2021 | 7774009000 | $200.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ M.O. Marshall
M.O. Marshall, Trustee

Chapter 13 Trustee
55 East Monroe, Suite 3850
Chicago, IL 60603
(312) 294-5900